# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>SHANE D. MCCUNE<br><br>                  Defendant. | CR 11-29-GF-BMM<br><br>**ORDER** |

Defendant Shane D. McCune has moved under 18 U.S.C. § 3583(e)(1) for an early discharge from supervised release. The Government does not oppose the motion. (Doc. 34 at 1-2.) Defendant's probation officer does not object to Defendant's discharge from supervised release. *Id.* at 2. The Court conducted a hearing on the motion on January 25, 2017.

Defendant was sentenced on January 12, 2012, to 42 months of custody followed by 3 years of supervised release. (Doc. 27.) Defendant began supervised release on July 6, 2015. (Doc. 35 at 2.) The record reflects that Defendant has complied with all of the conditions of his supervised release. *Id.* at 2. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 34) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 25th day of January, 2017.

Brian Morris
United States District Court Judge